IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41013
Conference Calendar
_____

MICHAEL GLEN SCOTT,

                                        Plaintiff-Appellant,

versus

AARON GRAHAM, Correctional Officer 2; NIKITA HOWE,
Correctional Officer 4; MICHAEL J. MORGAN, Sergeant;
BLAKE LAMB, Lieutenant; MITCHELL BRADSHAW, Captain,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:01-CV-7
--------------------
October 28, 2002
Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Michael Glenn Scott (Texas prisoner # 762996) appeals the
district court's dismissal of his civil rights complaint without
prejudice for failure to exhaust administrative remedies.
42 U.S.C. § 1997e(a).  Under 42 U.S.C. § 1997e(a), a prisoner
must exhaust his administrative remedies <u>before</u> filing a
42 U.S.C. § 1983 suit.  <u>Wendell v. Asher</u>, 162 F.3d 887, 890-91
(5th Cir. 1998).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Scott did not exhaust his claim through Step 2 of the Texas Department of Criminal Justice's grievance system <u>prior</u> to filing his civil rights complaint.  Scott's civil rights complaint was filed prematurely, and the district court committed no error in dismissing his suit without prejudice for failure to exhaust administrative remedies.  <u>See</u> <u>Wendell</u>, 162 F.3d at 891-92; <u>see</u> <u>Underwood v. Wilson</u>, 151 F.3d 292, 296 (5th Cir. 1998).

AFFIRMED.